

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00223-CV

Maria Lidia **GONZALEZ** et al,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The intervenors-appellants' fourth motion for extension of time to file brief is hereby GRANTED.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court